# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL 09-00278JMS-BMK |
| CASE NAME: | Skyson USA, LLC vs. United States of America, et al., |
| ATTYS FOR PLA: | Chuck C. Choi<br>Allison A. Ito |
| ATTYS FOR DEFT: | Harry Yee |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Gloria Bediamol |
| DATE: | 08/13/2009 | TIME: | 2:05 - 2:25 |

COURT ACTION:  Plaintiffs Motion for Preliminary Injunction [8]

Hearing held on Plaintiff's Motion for Preliminary Injunction.  The Court DENIES Plaintiff's Motion for Preliminary Injunction; a written order will follow.

The parties shall also notify the Court by August 31, 2009 regarding how they wish to proceed with this action.

Submitted by: Dottie Miwa, Courtroom Manager